# United States District Court

Southern **DISTRICT OF** California

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail Parcel # EB235891626US, addressed to Julia Velez, 1174 Sheridan Ave. Apt 8F, Bronx, NY 10456. The parcel listed the return information of Miguel Velez, 730 Eastshore Terrace #4, Chula Vista, CA 91914 | **SEARCH WARRANT** <br><br> CASE NUMBER: '08 MJ 0222 |

TO: Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                               Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel # EB235891626US, addressed to Julia Velez, 1174 Sheridan Ave. Apt 8F, Bronx, NY 10456. The parcel listed the return information of Miguel Velez, 730 Eastshore Terrace #4, Chula Vista, CA 91914 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)

   Controlled substances, materials, and documents reflecting the distribution of
   controlled substances through the United States Mail, including money paid for
   controlled substances, in violation of Title 21, United States Code, Sections
   841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    2/2/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

as required by law.                                                                 U. S. Judge or Magistrate

1/23/08 @ 9:42 a.m.                     at    San Diego, CA
Date and Time Issued                          City and State

Jan M. Adler    U.S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01-23-08 | 01-24-08  4:45 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspectors A Flores and P Garn

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail Parcel # EB235891626US contained packing peanuts and one large plastic wrapped bundle which contained a green leafy substance which field tested positive for marijuana which weighed approximately 5246.4 grams.

*[signature] 1-24-08*

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana [signature]*

Subscribed, sworn to, and returned before me this date.

*[signature] 1/25/08*
U.S. Judge                                    Date